UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-cv-00304-MR

| | |
|---|---|
| BILAL K. RASUL, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| EDDIE M. BUFFALOE, Jr., Secretary, ) | |
| Of North Carolina Department of ) | |
| Public Safety, ) | |
| ) | |
| Respondents. ) | |

**THIS MATTER** comes before the Court on the Motion to Restore Petitioner's Good Time Credits [Doc. 8], filed by the Petitioner Bilal K. Rasul (the "Petitioner") on August 17, 2022, and Motion to Restore Petitioner's Good Time Credits [Doc. 10], filed by the Petitioner on October 6, 2022.

The Petitioner, a prisoner of the State of North Carolina, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in connection with a prison disciplinary infraction for which he was sentenced to 30 days in segregation with a loss of 60 days of gain time credits. [Doc. 1]. The Petitioner seeks to have his disciplinary conviction overturned and his gain time restored. [Id. at 15].

In his Motions to Restore Good Time Credits, the Petitioner states that he will agree to dismiss his habeas corpus petition and proceed with no further litigation concerning the disciplinary conviction if Respondent agrees to restore his lost gain time. [Docs. 8, 10]. However, neither motion seeks any relief from this Court and both are proposals for settlement addressed to the Respondents. The Petitioner shall direct any proposals for settlement directly to the Respondents. As such, the motions are denied.

**IT IS, THEREFORE, ORDERED** that the Motion to Restore Petitioner's Good Time Credits [Doc. 8] and Motion to Restore Petitioner's Good Time Credits [Doc. 10] are **DENIED**.

**IT IS SO ORDERED.**

Signed: March 6, 2023

Martin Reidinger
Chief United States District Judge